678

No. 1117. HARRINGTON *v.* MARTIN, WARDEN. May 4, 1942. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis,* denied. *James Harrington, pro se.*

No. 1129. WETZEL *v.* SCHAEFER, TRUSTEE. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Ed Wetzel, pro se.*

No. 1134. COPLEY *v.* INDUSTRIAL ACCIDENT COMMISSION ET AL. May 4, 1942. Petition for writ of certiorari to the Supreme Court of California, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Wallace Shepard* for petitioner. *Messrs. Everett A. Corten* and *Franke J. Creede* for respondents.

No. 1149. CONTARDI *v.* SMITH, WARDEN. May 4, 1942. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Frank Contardi, pro se.*

No. 1079. PERLSTEIN ET AL. *v.* UNITED STATES. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Paul M. Salsburg* for petitioners. *Solicitor General Fahy, Assistant Attorney General Clark,*